IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TORDERA A. BARNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 120-103 |
| | ) |
| WARDEN PHILBIN and | ) |
| OFFICER CALLOWAY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendant Philbin, along with all official capacity claims for money damages against Defendants Philbin and Calloway. The case shall proceed against Defendant Calloway as described in the Magistrate Judge's December 11, 2020 Order. (See doc. no. 13.)

SO ORDERED this 12th day of January, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA